IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER RUPPERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 3343 |
| | ) | |
| Chicago Police Officers VINCENT TORRES | ) | Judge Pallmeyer |
| (Star No. 9532), KENT PEMBERTON | ) | |
| (Star No. 10535) and the CITY OF CHICAGO, | ) | |
| a municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS CERTAIN CLAIMS
FROM THE FIRST AMENDED COMPLAINT**

Defendants Vincent Torres and Kent Pemberton, by their attorney, Alec M. McAusland, Assistant Corporation Counsel, and the City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, move this Honorable Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Counts II, III, V, VI and VII from the First Amended Complaint. In support thereof, the defendants state as follows:

**The Claims**

Count I alleges a Fourth Amendment violation by way of both physical seizure of plaintiff. Count II alleges a Fourteenth Amendment violation by way of the use of excessive force. Count III alleges a constitutional "failure to protect" claim. Count IV alleges a Fourteenth Amendment denial of equal protection claim. Count V alleges a Fourteenth Amendment due process claim, premised on alleged withholding of evidence and institution of criminal proceedings against plaintiff without lawful basis. Counts I-V are brought pursuant to 42 U.S.C. §1983. Counts VI and VII assert common law battery and assault, respectively. Count

VIII[1] asserts common law malicious prosecution. And Count VIII asserts a respondeat superior claim against the City only.

The defendants now move to dismiss Counts II, VI and VII.

**Relevant Facts From the Complaint**

Plaintiff alleges that his encounter with defendants Torres and Pemberton took place on March 5, 2006. Complaint, paragraph 8. Plaintiff alleges that he was subject to excessive force by defendants Torres and Pemberton during his arrest. Id. at paragraph 13.

**ARGUMENT**

**I.     Counts VI and VII are Barred by the Statute of Limitations**

Counts VI and VII plead theories of battery and assault under Illinois common law. Claims against the City and its employees under Illinois law must be brought within one year of the occurrence. 745 ILCS 10/8-101. Plaintiff alleges in the complaint that he was wronged by the defendants on March 5, 2006. He did not file his case until June 11, 2007, more than three months after the expiration of his time to file. Counts VI and VII must therefore be dismissed.

**II.    Count II Fails to State a Claim: Excessive Force is not a
        Fourteenth Amendment Claim**

Count II alleges that by virtue of using excessive force against him, the defendants violated his rights under the Fourteenth Amendment. Excessive force during an arrest, as plaintiff alleges, is not a Fourteenth Amendment violation. It is, rather, a matter to be analyzed under the Fourth Amendment's standard of reasonableness: "Where, as here, the excessive force

---

[1]     Count VIII is misnumbered a VII; Count IX is likewise misnumbered VIII.


claim arises in the context of an arrest or investigatory stop of a free citizen, it is most properly characterized as one invoking the protections of the Fourth Amendment, which guarantees citizens the right 'to be secure in their persons . . . against unreasonable . . . seizures' of the person." Graham v. Connor, 490 U.S. 386, 395 (1989).

      Accordingly, Count II, which is pled as a Fourteenth Amendment violation fails to state a claim.

      WHEREFORE, the defendants respectfully pray that this Honorable Court enter an order dismissing Counts II, VI and VII for failure to state a claim.

      Respectfully submitted,

      /s/ *Alec M. McAusland*
      ALEC M. McAUSLAND
      Assistant Corporation Counsel

30 North LaSalle, #1400
Chicago, Illinois 60602
(312) 744-4038
Attorney No. 06202724

      I, **ALEC M. McAUSLAND, AN ATTORNEY,** do hereby certify that I have caused this **MOTION TO DISMISS CERTAIN CLAIMS FROM THE FIRST AMENDED COMPLAINT** to be served upon all parties who have appeared in this matter via the CM/ECF electronic filing system this 1st day of October, 2007.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER RUPPERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 3343 |
| | ) | |
| Chicago Police Officers VINCENT TORRES, et al. | ) | Judge Pallmeyer |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:  Brendan Shiller                           Jon Erickson
     Shiller, Rossiter & Co                    Erickson & Oppenheimer
     36 South Wabash, #1310                    1051 West Belmont
     Chicago, Illinois 60603                   Chicago, Illinois 60657

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following **MOTION TO DISMISS CERTAIN CLAIMS FROM THE FIRST AMENDED COMPLAINT.**

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Pallmeyer, or before such other judge sitting in her place, on the 16th day of October, 2007, at 8:45 a.m., and then and there present the attached motion.

**I HEREBY CERTIFY** that I have caused the above notice and motion to be served upon all parties to this case via CM/ECF electronic notice.

**DATED** this 28th day of September, 2007.

                                    Respectfully submitted,

                                     /s/ *Alec M. McAusland*
                                    ALEC M. McAUSLAND
                                    Assistant Corporation Counsel

30 North LaSalle Street, #1400
Chicago, Illinois 60602
(312) 744-4038
Attorney No. 06202724